**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 3, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00457-CV
_____

## DONNA L. HARE, Appellant

## V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION ITS SUCCESSORS AND/OR ASSIGNS, Appellee

**On Appeal from County Court at Law No. 2 & Probate Court
Brazoria County, Texas
Trial Court Cause No. CI58838**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 23, 2019. On November 7, 2019, appellant Donna L. Hare filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.